AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF__ NEVADA _____

GAYLEEN BONEY,

          Plaintiff,               JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER: **3:05-cv-00683-RCJ-VPC**

WALTER VALLINE, et al.,

          Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's #52 Motion for Summary Judgment is GRANTED.

  _January 22, 2009_                   **LANCE S. WILSON**
                                        Clerk

                               _/s/ Kalani Lizares_
                                   Deputy Clerk